UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Alberto GARCIA–MEJIA, also
known as Jose Alberto Lopez,
Defendant–Appellant.

No. 14–41017
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

388

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Alberto Garcia–Mejia raises an argument that he concedes is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), which held that the sentence enhancement provided for in U.S.S.G. § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug trafficking offense. The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.